BENJAMIN B. WAGNER
United States Attorney
KEVIN P. ROONEY
Assistant U.S. Attorney
4401 Federal Courthouse
2500 Tulare Street
Fresno, California  93721
Telephone:  (559) 497-4000

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 1:07-CR-00297 OWW |
| Plaintiff, | MOTION AND ORDER FOR DISMISSAL OF INDICTMENT |
| v. | |
| SCOTT TOSTA, | |
| Defendant. | |

The United States Attorney's Office, pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, hereby moves to dismiss the indictment, against Scott Tosta, in the interest of justice and without prejudice.

DATED: March 29, 2011            Respectfully submitted,

                                 BENJAMIN B. WAGNER
                                 United States Attorney

                              By  /s/ Kevin P. Rooney
                                 KEVIN P. ROONEY
                                 Assistant U.S. Attorney

1

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NO. 1:07CR297 OWW |
| ) | |
| Plaintiff, ) | ORDER FOR DISMISSAL |
| ) | OF INDICTMENT |
| v.  ) | |
| ) | |
| SCOTT TOSTA, ) | |
| ) | |
| Defendant. ) | |
| ) | |

    IT IS HEREBY ORDERED, that the Indictment against Scott Tosta, be dismissed in the interest of justice and without prejudice.

IT IS SO ORDERED.

**Dated:   March 29, 2011**         /s/ Oliver W. Wanger
UNITED STATES DISTRICT JUDGE

2